# EXHIBIT B







La réhabilitation par le rythme.

Un détenu apprend à faire du monocycle dans le gymnase de la prison.