# EXHIBIT C






