IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:19-CV-31-FL

| | |
|---|---|
| ALESSANDRO MASI,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   **ORDER**<br>) |
| MYTHICAL ENTERTAINMENT,<br>    Defendant. | )<br>) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Louise Wood Flanagan, United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 5:19-CV-438-FL.** No further filing shall be made in 2:19-CV-31-FL.

SO ORDERED. This 2nd day of October, 2019.

Peter A. Moore, Jr.
Clerk of Court